JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| OSCAR H. VILLANUEVA, | Case No. CV 14-01499 AN |
| Petitioner, | JUDGMENT |
| v. | |
| JOHN SOTO, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED THAT this action is summarily dismissed without prejudice for the reasons stated in the related Order.

DATED: March 7, 2014

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE